1 Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
2 **Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
3 Los Angeles, CA 90067
Phone: (310) 556-9680
4 Fax: (310) 861-5550

5 Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE infringer identified as using IP address 67.161.168.106, <br><br> Defendant. | Case Number: 2:21-cv-0199-TLN-CKD <br><br> ~~PROPOSED~~ **ORDER ON PLAINTIFF'S REQUEST TO SEAL UNREDACTED VERSIONS OF ITS COMPLAINT, PROPOSED SUMMONS AND RETURN OF SERVICE; EXTENSION OF TIME** |

THIS CAUSE came before the Court upon Plaintiff's Request to Seal Unredacted Versions of its Complaint, Proposed Summons and Return of Service ("Request"), and the Court being duly advised in the premises does hereby ORDER:

1. Plaintiff's Request is GRANTED.

2. Plaintiff may file under seal, in accordance with this district's Local Rules:[1] (1) an unredacted version of its Complaint; (2) an unredacted proposed

---

[1] The unredacted versions should be emailed to ApprovedSealed@caed.uscourts.gov for filing as a sealed event.

1

summons; and, (3) after service is effectuated on Defendant, an unredacted return of service under seal, with a redacted version to be filed on the public docket.

3. The documents shall remain under seal until further order of the Court.

4. Unless ordered otherwise, plaintiff shall redact the name and identifying information of defendant in all other court filings in this matter.

5. Plaintiff's ex parte application for an extension of time (ECF No. 6) is GRANTED. Plaintiff shall have up to and including July 15, 2021 to effectuate service of a summons and Complaint on Defendant.

Dated: May 27, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Strike3.21cv199.seal