Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
Phone: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE infringer identified as using IP address 67.161.168.106,<br><br>　　　　　Defendant. | Case No.: 2:21-cv-00199-TLN-CKD<br><br>**~~PROPOSED~~ ORDER ON PLAINTIFF'S REQUEST TO SEAL UNREDACTED VERSIONS OF ITS RENEWED *EX-PARTE* APPLICATION TO CLARIFY ISSUE OF PROTECTIVE ORDER IN THE CASE PROOF OF SERVICE** |

　　　THIS CAUSE came before the Court upon Plaintiff's Request to Seal Unredacted Versions of its Renewed *Ex-Parte* Application to Clarify Issue of Protective Order in the Case ("Application") and Declaration of Lincoln Bandlow In Support of Renewed *Ex-Parte* Application to Clarify Issue of Protective Order in the Case and Proof of Service ("Declaration") ("Request"), and the Court being duly advised in the premises does hereby:

　　　ORDER AND ADJUDGE:

　　　1.　　Plaintiff's Request is GRANTED.

1

~~Proposed~~ Order on Plaintiff's Request to Seal Unredacted Versions of its Complaint, Proposed Summons and Return of Service

Case No.  2:21-cv-00199-TLN-CKD

2. Plaintiff may file under seal: (1) an unredacted version of its Application and; (2) an unredacted version of the Declaration.

3. The documents shall remain under seal until further order of the Court.

Dated:  October 26, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.stri0199.seal2

2

~~Proposed~~ Order on Plaintiff's Request to Seal Unredacted Versions of its Complaint, Proposed Summons and Return of Service

Case No.  2:21-cv-00199-TLN-CKD