UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | No. 2:21-cv-0199-TLN-CKD |
| Plaintiff, | |
| v. | ORDER |
| JOHN DOE subscriber assigned IP address 67.161.168.106, | |
| Defendant. | |

Plaintiff's renewed ex-parte application to clarify the issue of the protective order in the case is before the court. (ECF No. 15.) Plaintiff has been under an order to redact the name and identifying information of defendant in all court filings in this matter. (ECF No. 8.) Having considered the application and declaration in support of the current application, the court grants the application as set forth herein. IT IS HEREBY ORDERED that plaintiff may disclose defendant's identity and identifying information in plaintiff's request for entry of default, motion for default judgment, and all documents in support thereof.

Dated: October 28, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Strike3.0199.endred

1